# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **FRED PONDER,** ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:16-CV-04125-ODE-LTW |
| vs. ) | |
| ) | |
| **OCWEN LOAN SERVICING, LLC,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF SERVICE OF SUBPOENA OF NON-PARTY

TO:

Ocwen Loan Servicing, LLC
c/o Elizabeth J. Campbell
John Michael Kearns
Locke Lord LLP
Terminus 200, Suite 1200
Atlanta, Georgia 30305

New York State Department of Financial Services Real Estate Finance Division at One State Street
New York, NY 10004.

Pursuant to Federal Rule of Civil Procedure 45, Plaintiff, by and through his attorney, will serve the attached amended subpoena on the New York State Department of Financial Services Real Estate Finance Division at One State Street, New York, NY 10004. In lieu of presenting the documents at the office, photocopies of requested information will be acceptable sent by post to Orion G. Webb, 280 Country Club Drive, STE 300, Stockbridge, GA 30281, or by email to owebb@smithwelchlaw.com.

This 24th day of April, 2019.

                              **/s/Orion G. Webb**
                              Orion G. Webb
                              Georgia Bar No. 479611
                              280 Country Club Drive
                              Suite 300
                              Stockbridge, GA 30281
                              T. (770) 389-4864
                              F. (770) 389-5193
                              owebb@smithwelchlaw.com
                              *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record. I also placed a copy in the United States Mail with adequate postage affixed thereto addressed as follows:

>New York State Department of Financial Services
>Real Estate Finance Division
>One State Street
>New York, NY 10004.

**SMITH WELCH WEBB & WHITE, LLC**

**/s/ Orion G. Webb**
Orion Gregory Webb
Georgia Bar No. 479611
280 Country Club Drive, Suite 300
Stockbridge, GA 30281
Telephone: (770) 389-4864
owebb@smithwelchlaw.com

**COUNSEL FOR PLAINTIFF**

# CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

Plaintiff's counsel hereby certifies that this pleading has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.

**SMITH, WELCH, WEBB & WHITE, LLC**
**/s/ Orion G. Webb**
ORION G. WEBB
Georgia State Bar No. 479611
Attorney for Plaintiff

# EXHIBIT "A"

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FRED PONDER )
*Plaintiff* )
v. ) Civil Action No. 1:16-CV-04125
OCWEN LOAN SERVICING, LLC, et. al. )
*Defendant* )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Real Estate Finance Division of New York State Department of Financial Services

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Compliance Monitor and Targeted Examination Reports enforcing the Consent Orders entered between you and Ocwen Financial Corporation and Ocwen Loan Servicing, LLC, including those entered on 9/15/2011, 12/15/2011, 12/5/2012 & 12/19/2014.

| Place: Schlanger Law Group
9 East 40th Street, Suite 1300
New York, NY 10016 | Date and Time:
05/04/2019 10:42 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/24/2019

*CLERK OF COURT*
OR _____/s/_____
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____ , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Ex. B, p. 5